# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN KNIFFEN,<br><br>    Plaintiff,<br><br>vs.<br><br>EAST WENATCHEE WATER DISTRICT,<br><br>    Defendant. | Case No. 2:23-CV-00344-TOR<br><br>CIVIL MINUTES<br><br>DATE: 7/9/2025<br><br>LOCATION: Spokane<br><br>PRETRIAL CONFERENCE / MOTIONS HEARING |

### JUDGE THOMAS O. RICE

| Lee Reams | | | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Beth Bloom / Beth Kidd / Matthew O'Laughlin || Heather Yakely ||
| **Plaintiff's Counsel** || **Defense Counsel** ||

**[X] Open Court**          **[ ] Chambers**          **[ ] Telephonic**

Parties are present in the courtroom.

The Court heard argument on the motions pending before the Court.

Matthew O' Laughlin addressed the Court and presented argument on [55] Plaintiff's First Motion in Limine.

Beth Bloom addressed the Court regarding trial procedures.

Heather Yakely addressed the Court regarding length of trial testimony.

Court will enter a detailed written order regarding the pending motions in limine re [55] Plaintiff's First Motion in Limine and [56] Defendant's Motions in Limine.

The jury trial scheduled for 7/21/2025 remains set.

| CONVENED: 9:00 AM | ADJOURNED: 9:17 AM | TIME: 17 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|