HONORABLE THOMAS O. RICE

Heather C. Yakely, WSBA #28848
818 West Riverside Ave, Suite 250
Spokane, Washington 99201-0506
Telephone: (509) 455-5200
hyakely@ecl-law.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN KNIFFEN,<br><br>                         Plaintiffs,<br><br>vs.<br><br>EAST WENATCHEE WATER DISTRICT,<br><br>                         Defendants. | Case No.: 2:23-cv-00344 TOR<br><br>**DEFENDANT'S FINAL WITNESS LIST** |

COME NOW Defendant, East Wenatchee Water District, by and through their attorney of record of the law firm Evans, Craven & Lackie, P.S., and hereby submit the following witnesses that it will call at trial. In addition to the specific topics and subject matter identified below, each witness may be asked to testify regarding their (1) background and experience, (2) foundational or contextual matters, and (3) any opinions held as occurrence experts.

| Witness | Anticipated Testimony | Estimated Time |
|---|---|---|
| Brian Kniffen | Mr. Kniffen is a plaintiff in this matter. Mr. Kniffen will be called to testify regarding all matters relating to his employment and alleged damages. | 1 hour |

DEFENDANT'S FINAL WITNESS LIST - page 1



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

| Vince Johnston | Mr. Johnson will be called to testify regarding all matters related to Mr. Kniffen's employment at East Wenatchee Water District and the allegations made by Mr. Kniffen. | 1.5 hours |
|---|---|---|
| Anna Colin | Ms. Colin will be called to testify regarding all matters related to Mr. Kniffen's employment at East Wenatchee Water District and the allegations made by Mr. Kniffen. | 1 hour (or less) |
| David Hyde | Mr. Kniffen's medical provider and the provider who placed the restrictions on his employment. | 0.5 hour |
| Lacey Kogen | Ms. Kogen was the L&I specialist involved in the attempts to return Mr. Kniffen to work and/or his accommodations as his claim was an L&I claim. | 0.5 hour |
| Colby Thorpe | Mr. Thorpe is an EWWD employee who worked with Mr. Kniffen. He will testify as to his interactions with Mr. Kniffen and his knowledge of the positions and policies and practices at the District. | 0.4 hour |
| Alex Scott | Mr. Scott is an employee at EWWD and worked directly with Mr. Kniffen while Mr. Kniffen was on restrictions for his back and needed a helper employee. Mr. Scott is the current Inspector and will testify regarding his experience as an inspector. | 0.5 hour |

Defendant incorporates herein by reference, as if fully set forth herein, any and all witnesses identified by Plaintiff. Further, Defendant specifically reserves the right to call any witnesses identified by Plaintiff not called in the Plaintiff's case in chief.

//////

1     DATED this 21st day of July, 2025.

                              EVANS, CRAVEN & LACKIE, P.S.

                                /s/Heather C. Yakely
                             Heather C. Yakely, WSBA #28848
                             818 West Riverside Ave, Suite 250
                             Spokane, Washington 99201-0506
                             Telephone: (509) 455-5200
                             hyakely@ecl-law.com
                             Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on 21st day of July, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| **_Counsel for Plaintiffs_**<br>Beth B. Bloom,<br>Jay C. Free<br>3827-C South Edmonda St.<br>Seattle, WA 98118<br>Email:   bbloom@bloomlawpllc.com<br>Email:   jfree@bloomlawpllc.com<br>Email:   mashcraft@bloompllc.com | Regular mail, postage prepaid | ☐ |
|---|---|---|
| | Personal delivery | ☐ |
| | Email per electronic service agreement | ☒ |
| | Other: | ☐ |
| **_Counsel for Plaintiffs_**<br>Matt J. O'Laughlin<br>Amy K. Maloney<br>200 W. Mercer St., Suite 506<br>Seattle, WA 98119<br>Email:   matt@pacwestjustice.com<br>Email:   amy@pacwestjustive.com<br>Email:   admin@pacwestjustice.com | Regular mail, postage prepaid | ☐ |
| | Personal delivery | ☐ |
| | Email per electronic service agreement | ☒ |
| | Other: | ☐ |

   /s/Heather C. Yakely
Heather C. Yakely

