# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2025

SEAN F. McAVOY, CLERK

Brian Kniffen )
*Plaintiff* )
v. ) Civil Action No. 2:23-CV-0344-TOR
)
East Wenatchee Water District )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Brian Kniffen recover from the defendant *(name)* East Wenatchee Water District the amount of five million dollars ($ 5,000,000.00 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 4.05 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Thomas O. Rice presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 8-5-2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza