AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

*FILED IN THE U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON*

**Dec 03, 2025**

*SEAN F. McAVOY, CLERK*

| | |
|---|---|
| BRIAN KNIFFEN, <br> *Plaintiff* <br> v. <br><br> EAST WENATCHEE WATER DISTRICT, <br> *Defendant* | ) ) ) ) ) <br> Civil Action No. 2:23-CV-0344-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to order filed at (ECF No. 150) the Court enters Judgment as a Matter of Law to the Defendant. The Court will not award attorney fees or costs to either party. Judgment as a Matter of Law is GRANTED to the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice

Date: December 3rd, 2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*