Matt J. O'Laughlin
MALONEY O'LAUGHLIN, PLLC
200 W. Mercer Street, Suite 506
Seattle, WA 98119
Phone: 206-513-7485

# UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
## AT SPOKANE

BRIAN KNIFFEN,

                         Plaintiff,

v.

EAST WENATCHEE WATER
DISTRICT,

                         Defendant.

Case No. 2:23-cv-00344 TOR

**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

Notice is hereby given that plaintiff Brian Kniffen appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order granting judgment as a matter of law (ECF No. 150), entered December 2, 2025; the Order on Defendant's motion for remittitur, amendment of the judgment, or in the alternative a new trial (ECF No. 143), entered October 7, 2025; and the Order granting Defendant's motion for summary judgment on Plaintiff's wrongful termination in violation of public policy claim (ECF No. 74), entered June 27, 2025.

MALONEY O'LAUGHLIN, PLLC
200 W. Mercer Street, Ste. 506
Seattle, WA  98119
(206) 513-7485

1

## REPRESENTATION STATEMENT

2      Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and Circuit

3  Rule 3-2(b), Plaintiff-Appellant submits this Representation Statement:

4

5  Plaintiff-Appellant Brian Kniffen is represented by:

6

| | |
|---|---|
| Beth Barrett Bloom | Matt J. O'Laughlin |
| Jay Corker Free | Amy K. Maloney |
| Beth Kidd | MALONEY O'LAUGHLIN, PLLC |
| BLOOM LAW PLLC | 200 W. Mercer Street, Ste. 506 |
| 3827-C South Edmunds St. | Seattle, Washington 98119 |
| Seattle, Washington 98118 | Tel: 206.513.7485 |
| Tel: (206) 323-0409 | matt@pacwestjustice.com |
| bbloom@bloomlawpllc.com | amy@pacwestjustice.com |
| jfree@bloomlawpllc.com | |
| bkidd@bloomlawpllc.com | |

13

14  Defendant-Appellee East Wentatchee Water District is represented by:

15

16  Heather Yakley
    EVANS, CRAVEN & LACKIE, P.S.
17  818 W. Riverside, Ste. 250
    Spokane, WA 99201
18  Phone: 509.455.5200
    hyakely@ecl-law.com

19

20

21

22

23

24

25

MALONEY O'LAUGHLIN, PLLC
200 W. Mercer Street, Ste. 506
Seattle, WA  98119
(206) 513-7485

1    DATED: December 31, 2025

2                                                Respectfully submitted,

3
                                                By: /s/  *Beth Bloom*
4                                                    Beth Barrett Bloom, WSBA #31702
                                                     Jay Corker Free, WSBA #51393
5                                                    Beth Kidd, WSBA #61668
                                                     BLOOM LAW PLLC
6                                                    3827-C South Edmunds St.
                                                     Seattle, Washington 98118
7                                                    Phone: (206) 323-0409
                                                     bbloom@bloomlawpllc.com
8                                                    jfree@bloomlawpllc.com
                                                     bkidd@bloomlawpllc.com
9
10
                                                By: /s/  *Matt J. O'Laughlin*
11                                                   Matt J. O'Laughlin, WSBA 48706
                                                     Amy K. Maloney, WSBA 55610
12                                                   MALONEY O'LAUGHLIN, PLLC
                                                     200 W. Mercer Street, Ste. 506
13                                                   Seattle, Washington 98119
                                                     Tel: 206.513.7485
14                                                   Fax: 206.260.3231
                                                     matt@pacwestjustice.com
15                                                   amy@pacwestjustice.com
16
17                                               ATTORNEYS FOR PLAINTIFF
18
19
20
21
22
23
24
25

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on this 31st day of December, 2025, I served the

3    foregoing Plaintiff's Notice of Appeal and Representation Statement, on the

4    following via the Court's electronic filing system:

5

6    Heather Yakley
     EVANS, CRAVEN & LACKIE, P.S.
     818 W. Riverside, Ste. 250
7    Spokane, WA 99201
     Phone: 509.455.5200
8    hyakely@ecl-law.com

9    Attorney for Defendant

10

11

12                                          By: /s/  *Matt J. O'Laughlin*

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEAL AND REPRESENTATION        MALONEY O'LAUGHLIN, PLLC
STATEMENT - 4                              200 W. Mercer Street, Ste. 506
                                           Seattle, WA  98119
                                           (206) 513-7485